(March 25, 1997)

■ In the Matter of NEW YORK COUNTY DES ACTIONS. MICHAEL MITCHELL, Appellant, v CARNRICK LABORATORIES, INC., et al., Respondents, et al., Defendants. [655 NYS2d 468] —Order, Supreme Court, New York County (Ira Gammerman, J.), entered November 21, 1995, which, upon granting plaintiff's motion for reargument, adhered to a prior order, same court and Justice, entered July 27, 1995, to the extent that it granted defendants-respondents' motion for summary judgment dismissing the complaint, unanimously affirmed, without costs.

Plaintiff's cause of action for injuries allegedly suffered as a result of his exposure to diethylstilbestrol (DES) accrued in Georgia, where his mother had purchased and ingested the drug, and not where the injury first became manifest (*Godfrey v Eli Lilly & Co.*, 223 AD2d 427, *lv denied* 88 NY2d 801). Because Georgia does not recognize non-identification theories of liability in cases such as this (*see, Blackston v Shook & Fletcher Insulation Co.*, 764 F2d 1480, 1483), the complaint must be dismissed (*Godfrey v Eli Lilly & Co., supra*).

We have considered plaintiff's other contentions and find them to be without merit. Concur—Murphy, P. J., Sullivan, Rubin and Andrias, JJ.